UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA M. SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2784** |
| **THOMAS U. BROWN, et al.** | **SECTION: "G"(1)** |

## JUDGMENT

For the written reasons of the Court entered March 14, 2016;[1] September 20, 2016;[2] and March 23, 2017,[3] and filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants, Judge Monique Barial, Chanel R. Debose and the Law Office of Chanel R. Debose, Thomas Ussin Brown, Gordon Patton and the Law Office of Gordon Patton, Sharry I. Sandler and the Law Office Sharry I. Sandler, Jabez Property Management, LLC, Allen Duhon, and Adelle Duhon, and against the plaintiff, Donna M. Smith.

**NEW ORLEANS, LOUISIANA**, this  24th  day of March, 2017.

*[signature: Nannette Jolivette Brown]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 30.

[2] Rec. Doc. 56.

[3] Rec. Docs. 62, 63.